47 So.2d 227

### Richard Carey JONES v. LIBERTY NAT. LIFE INS. CO.

3 Div. 560.

Supreme Court of Alabama.

June 30, 1950.

Edwin C. Page, Jr., of Evergreen, for petitioner.

B. E. Jones, of Evergreen, opposed.

LIVINGSTON, Justice.

This is a petition for writ of certiorari to the Court of Appeals filed by Richard Carey Jones, to review and revise the judgment and decision of that Court in the case of Jones v. Liberty National Life Ins. Co., Ala.App., 47 So.2d 227.

After a careful consideration of the opinion and all matters before us for review, we are persuaded the judgment of the Court of Appeals must be affirmed.

Affirmed.

All the Justices concur, except GARDNER, C. J., not sitting.